UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:                                               Case No.: 14-12416
MB INDUSTRIES, L.L.C.
    DEBTOR                                       Chapter 11

### REPORT OF MB INDUSTRIES, L.L.C. LIQUIDATING TRUST
### As of March 15, 2023

NOW INTO COURT, through undersigned counsel, comes the trustee of the MB Industries, L.L.C. Liquidating Trust (the "**Liquidating Trust**"), who submits this Report of MB Industries, L.L.C. Liquidating Trust (the "**Report**") and represents as follows:

**I.**     **Background:**

1. On May 26, 2016, this Court entered an Order (the "**Confirmation Order**") Confirming the First Amended Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Jointly Proposed by MB Industries, L.L.C. (the "**Debtor**"), Hallwood Financial Limited and Hallwood Modular Buildings, LLC, revised as of May 24, 2016 (the "**Plan**") filed as Docket No. 577.

2. By its terms, the Plan provided for the creation of the Liquidating Trust. John S. Hodge served as the trustee of the Liquidating Trust (the "**Liquidating Trustee**") until August 20, 2018, at which time Seth M. Moyers became the successor trustee (the "**Successor Trustee**") of the Liquidating Trust pursuant to the Notice of: (i) Intent of John S. Hodge to Resign as Liquidating Trustee of the MB Industries, LLC Liquidating Trust and (ii) Appointment of Seth M. Moyers as Successor Trustee (the "**Notice of Resignation**") filed at Docket No. 671.

3. The Successor Trustee hereby incorporates all previous reports filed and/or

submitted to the beneficiaries of the Liquidating Trust by the Liquidating Trustee and the Successor Trustee, and all periodic reports filed with this Court in connection with this case by reference, all of which are also available on the Bankruptcy Court's CM/ECF system and/or which may be obtained by contacting the Successor Trustee at Wiener, Weiss & Madison, APC, Attn: Seth M. Moyers, 330 Marshall Street, Suite 1000, by telephone 318-213-9278, or by email request to smoyers@wwmlaw.com.

4. The Successor Trustee hereby submits this Report, disclosing all assets received by the Liquidating Trust, all available cash disbursed to Beneficiaries, all assets held by the Liquidating Trust, and all fees, income, and expenses related to the Liquidating Trust since March 15, 2022.

5. On August 1, 2018, the Successor Trustee received from the Liquidating Trustee cash on hand in the amount of $232,135.71 (the "**Original Balance**"). Attached to this Report collectively as **Exhibit 1** are: 1) a summary report of Total Receipts and Disbursements of funds since the Successor Trustee received the Original Balance, and 2) the itemized Annual Receipts and Disbursements setting forth the amounts of funds received and disbursed since March 15, 2022.

**II.** **Status of the Case and Related Causes of Action:**

6. This Bankruptcy Case was commenced as an involuntary Chapter 11 case on October 2, 2014. Several creditors, as well as the Debtor, filed adversary proceedings in connection with this Bankruptcy Case, all of which have been compromised, adjudicated, satisfied, or otherwise disposed of, and are now closed.

7. As with previous receipts and disbursements from the Liquidating Trust, the Successor Trustee expects that the primary and perhaps sole source of revenue to the Liquidating Trust from and after the date of this Report will be the net settlement proceeds that the Liquidating Trust receives in connection with the Debtor's claim in the Multidistrict Litigation in the United States District Court for the Eastern District of Louisiana, in that certain action styled "*In re Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010*" MDL 2179 (the "**BP Claim**").

8. The Successor Trustee has received the settlement proceeds from the BP Claim, as well as other receipts, and made distributions as set forth in **Exhibit 1**.

9. In accordance with the terms of the Plan, specifically as provided in class 2, titled "HFL Secured Claims" set forth at page 15, Hallwood Financial Limited ("HFL") is entitled to receive eighty percent (80%) of all settlement proceeds from the BP Claim until the HFL Secured Claims are paid in full. The amount of the HFL Secured Claims provided in the Plan is $3,600,000.00. The amounts paid to HFL as of the date of this report are set forth in **Exhibit 1**. Assuming that the Trust continues to receive settlement proceeds attributable to the BP Claim, the Successor Trustee estimates that the HFL Secured Claims will be paid in full by February of 2024, after which all net settlement proceeds from the BP Claim, less amounts needed for trust administration, may be distributed to the unsecured creditors as provided in Class 7 under the Plan as such proceeds are received.

10. The Liquidating Trust projects that it will receive annual net settlement payments in the approximate amount of $760,000.00 on or about January 15, 2024, 2025, 2026, and a final payment on or about July 15, 2026.

11. The current assets of the Liquidating Trust, as of February 28, 2021, include the Liquidating Trust's right to receive the foregoing payments as well as $42,848.29 in cash on hand. However, the Liquidating Trust's book balance of cash on hand is currently greater than this amount due to a significant amount of checks issued to certain beneficiaries which have not been deposited.

Respectfully submitted,

**WIENER, WEISS & MADISON, A P.C.**
P.O. Box 21990
Shreveport, Louisiana 71120-1990
Telephone: (318) 226-9100
Telecopier: (318) 424-5128

By: /s/ Seth M. Moyers
R. Joseph Naus, La. Bar No. 17,074
Seth M. Moyers, La. Bar No. 32,607
*Attorneys for*
*MB Industries, L.L.C. Liquidating Trust*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been provided to each beneficiary of the MB Industries LLC Liquidating Trust by placing same in the United States mail, properly addressed and with adequate first-class postage affixed thereto and/or by electronic notice to all parties in interest who have requested notice via the PACER/ ECF/CMS system.

Shreveport, Louisiana, this 15th day of March, 2023.

/s/ Seth M. Moyers
OF COUNSEL