# EXHIBIT 1

# Total Receipts and Disbursements

Case: MB Industries, LLC (14-12416)　　　　Submitted: 03/13/23
Trustee: Seth Moyers (380456)　　　　Period: 08/01/18 - 03/13/23

## Receipts

| | | |
|---|---|---:|
| **4009-000 Litigation and Settlements** | | |
| 4009-000 | Litigation and Settlements | 269,040.05 |
| 4009-004 | Other Litigation/Settlements | 3,815,000.00 |
| | Total for 4009-000 Litigation and Settlements | 4,084,040.05 |
| **4099-000 Other Receipts** | | 7,491.85 |
| | **Total Receipts** | **4,091,531.90** |

## Disbursements

| | |
|---|---:|
| **2000 Administration Claim** | 2,236.39 |
| **3000 Priority Unsecured** | 13,184.77 |
| **4000 General Unsecured** | 700,591.16 |
| **6000 Other Secured Claims** | 3,267,232.04 |
| **6001-000 US Trustee Fees** | 25,743.04 |
| **6007-000 Professional Fees & Expenses** | |
| 6007-001 Attorney for Trustee Fees | 238,956.00 |
| 6007-002 Attorney for Trustee Expenses | 8,337.99 |
| 6007-003 Accountant for Trustee Fees | 12,938.00 |
| 6007-011 Arbitrator/Mediator for Trustee Fees | 4,059.93 |
| Total for 6007-000 Professional Fees & Expenses | 264,291.92 |
| **8080-000 Bank and Technology Services Fees** | 7,140.00 |
| **Total Disbursements** | **4,280,419.32** |

## Others

| | |
|---|---:|
| **9999-00 Account Transfers** | 67,181.95 |
| **Total Others** | **67,181.95** |

# Annual Receipts and Disbursements

Case: **MB Industries, LLC (14-12416)**                                                Submitted: 03/13/23
Trustee: Seth Moyers (380456)                                                          Period: 03/15/22 - 03/14/23

## Receipts

### 4009-000 Litigation and Settlements
#### 4009-004 Other Litigation/Settlements

| Date | Reference | ID | Description | Amount |
|---|---|---|---|---:|
| 01/20/23 | Deposit: 100002-1 | 3910383459 | The Law Offices of Jason J. Joy PLLC — Settlement Proceeds | 760,000.00 |
| | | | **Total Receipts** | **760,000.00** |

## Disbursements

### 4000 General Unsecured

| Date | Check | ID | Payee / Description | Amount |
|---|---|---|---|---:|
| 03/13/23 | Check: 20879 | 3910383459 | Abon Ball — Dividend paid 11.18% on $153.87; Claim# F001; Filed: $0.00; Reference: | 3.44 |
| 03/13/23 | Check: 20880 | 3910383459 | Adams & Reese, LLP — Dividend paid 11.19% on $1,389.50; Claim# F002; Filed: $0.00; Reference: | 31.07 |
| 03/13/23 | Check: 20881 | 3910383459 | Advantous Consulting, LLC — Dividend paid 11.19% on $5,037.33; Claim# F003; Filed: $0.00; Reference: | 112.61 |
| 03/13/23 | Check: 20882 | 3910383459 | AFLAC — Dividend paid 11.19% on $5,897.74; Claim# F004; Filed: $0.00; Reference: | 131.85 |
| 03/13/23 | Check: 20883 | 3910383459 | Agility Project Logistics, Inc. — Dividend paid 11.19% on $19,148.04; Claim# F005; Filed: $0.00; Reference: | 428.07 |
| 03/13/23 | Check: 20884 | 3910383459 | AIS — Dividend paid 11.19% on $17,379.77; Claim# F006; Filed: $0.00; Reference: | 388.54 |
| 03/13/23 | Check: 20850 | 3910383459 | American Express Travel Related Services Company — Dividend paid 11.19% on $4,822.40; Claim# 13; Filed: $4,822.40; Reference: | 107.80 |
| 03/13/23 | Check: 20851 | 3910383459 | American Express Travel Related Services Company — Dividend paid 11.19% on $761.84; Claim# 14; Filed: $761.84; Reference: | 17.03 |
| 03/13/23 | Check: 20852 | 3910383459 | American Express Travel Related Services Company — Dividend paid 11.19% on $31,681.01; Claim# 15; Filed: $31,681.01; Reference: | 708.24 |
| 03/13/23 | Check: 20886 | 3910383459 | American Integration Contactors — Dividend paid 11.19% on $69.95; Claim# F009; Filed: $0.00; Reference: | 1.57 |
| 03/13/23 | Check: 20887 | 3910383459 | American Name Plate — Dividend paid 11.19% on $392.37; Claim# F010; Filed: $0.00; Reference: | 8.78 |
| 03/13/23 | Check: 20888 | 3910383459 | ANA-LAB Corporation — Dividend paid 11.19% on $498.00; Claim# F011; Filed: $0.00; Reference: | 11.13 |
| 03/13/23 | Check: 20889 | 3910383459 | Apex Supply Co. | 8.08 |

# Annual Receipts and Disbursements

**Case:** MB Industries, LLC (14-12416)  **Submitted:** 03/13/23
**Trustee:** Seth Moyers (380456)  **Period:** 03/15/22 - 03/14/23

## 4000 General Unsecured

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---:|
| | | | Dividend paid 11.19% on $361.50; Claim# F012; Filed: $0.00; Reference: | |
| 03/13/23 | Check: 20890 | 3910383459 | AT&T c/o Bankruptcy | 1.38 |
| | | | Dividend paid 11.19% on $61.64; Claim# F013; Filed: $0.00; Reference: | |
| 03/13/23 | Check: 20891 | 3910383459 | Bank Direct Capital Finance Two Conway Park | 34.87 |
| | | | Dividend paid 11.19% on $1,559.99; Claim# F015; Filed: $0.00; Reference: | |
| 03/13/23 | Check: 20892 | 3910383459 | BASF Polyurethane Foam | 221.48 |
| | | | Dividend paid 11.19% on $9,906.97; Claim# F016; Filed: $0.00; Reference: | |
| 03/13/23 | Check: 20893 | 3910383459 | Batteries Plus | 21.67 |
| | | | Dividend paid 11.19% on $969.21; Claim# F017; Filed: $0.00; Reference: | |
| 03/13/23 | Check: 20894 | 3910383459 | Bayou Silk Screen | 13.59 |
| | | | Dividend paid 11.19% on $608.22; Claim# F018; Filed: $0.00; Reference: | |
| 03/13/23 | Check: 20895 | 3910383459 | Bernard Wiltz, Jr. | 71.57 |
| | | | Dividend paid 11.19% on $3,201.42; Claim# F019; Filed: $0.00; Reference: | |
| 03/13/23 | Check: 20854 | 3910383459 | BHB Consulting Engineers | 909.10 |
| | | | Dividend paid 11.19% on $40,665.70; Claim# 17; Filed: $40,665.70; Reference: | |
| 03/13/23 | Check: 20896 | 3910383459 | BHE & Associates | 287.57 |
| | | | Dividend paid 11.19% on $12,863.36; Claim# F021; Filed: $0.00; Reference: | |
| 03/13/23 | Check: 20843 | 3910383459 | Bradley Corporation | 1.97 |
| | | | Dividend paid 11.19% on $88.60; Claim# 2; Filed: $88.60; Reference: | |
| 03/13/23 | Check: 20897 | 3910383459 | Buffers USA Inc. | 46.99 |
| | | | Dividend paid 11.19% on $2,101.84; Claim# F024; Filed: $0.00; Reference: | |
| 03/13/23 | Check: 20898 | 3910383459 | Burtin Polymer Laboratories | 11.66 |
| | | | Dividend paid 11.19% on $521.38; Claim# F025; Filed: $0.00; Reference: | |
| 03/13/23 | Check: 20899 | 3910383459 | Cabinet Supply | 28.43 |
| | | | Dividend paid 11.19% on $1,271.83; Claim# F027; Filed: $0.00; Reference: | |
| 03/13/23 | Check: 20900 | 3910383459 | Caddo Sheet Metals | 21.91 |
| | | | Dividend paid 11.19% on $980.00; Claim# F028; Filed: $0.00; Reference: | |
| 03/13/23 | Check: 20901 | 3910383459 | Canadian Welding Bureau | 102.50 |
| | | | Dividend paid 11.19% on $4,584.55; Claim# F030; Filed: $0.00; Reference: | |
| 03/13/23 | Check: 20902 | 3910383459 | Capital Engineering | 145.37 |
| | | | Dividend paid 11.19% on $6,502.39; Claim# F031; Filed: $0.00; Reference: | |
| 03/13/23 | Check: 20903 | 3910383459 | Capital Valve & Fitting Co., Inc. | 37.62 |
| | | | Dividend paid 11.19% on $1,682.82; Claim# F032; Filed: | |

# Annual Receipts and Disbursements

**Case:** MB Industries, LLC (14-12416)  **Submitted:** 03/13/23
**Trustee:** Seth Moyers (380456)  **Period:** 03/15/22 - 03/14/23

## 4000 General Unsecured

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---|
| | | | $0.00; Reference: | |
| 03/13/23 | Check: 20863 | 3910383459 | Carboline Company<br>Dividend paid 11.19% on $4,000.00; Claim# 31; Filed: $8,531.15; Reference: | 89.42 |
| 03/13/23 | Check: 20904 | 3910383459 | Cavalier International Air Freight<br>Dividend paid 11.19% on $28,712.41; Claim# F035; Filed: $0.00; Reference: | 641.88 |
| 03/13/23 | Check: 20905 | 3910383459 | Cavalier Telephone a/k/a Windstream<br>Dividend paid 11.19% on $6,790.03; Claim# F036; Filed: $0.00; Reference: | 151.80 |
| 03/13/23 | Check: 20906 | 3910383459 | Centro, Inc.<br>Dividend paid 11.19% on $2,707.17; Claim# F037; Filed: $0.00; Reference: | 60.52 |
| 03/13/23 | Check: 20907 | 3910383459 | City of Shreveport Office of Water & Sewage<br>Dividend paid 11.19% on $8,760.39; Claim# F039; Filed: $0.00; Reference: ACCT. NO: 55-108641300-4 | 195.85 |
| 03/13/23 | Check: 20908 | 3910383459 | CK Electrical LLC<br>Dividend paid 11.19% on $8,754.86; Claim# F040; Filed: $0.00; Reference: | 195.72 |
| 03/13/23 | Check: 20909 | 3910383459 | Clayton Edwards<br>Dividend paid 11.19% on $109.78; Claim# F041; Filed: $0.00; Reference: | 2.45 |
| 03/13/23 | Check: 20910 | 3910383459 | Cody Rowell<br>Dividend paid 11.18% on $144.13; Claim# F042; Filed: $0.00; Reference: | 3.22 |
| 03/13/23 | Check: 20911 | 3910383459 | Comcast Cable Communications, LLC<br>Dividend paid 11.19% on $198.10; Claim# F043; Filed: $0.00; Reference: | 4.43 |
| 03/13/23 | Check: 20912 | 3910383459 | Construction Safety Products<br>Dividend paid 11.19% on $6,238.02; Claim# F044; Filed: $0.00; Reference: | 139.45 |
| 03/13/23 | Check: 20913 | 3910383459 | Constructors and Erectors, Inc.<br>Dividend paid 11.19% on $2,143.60; Claim# F045; Filed: $0.00; Reference: | 47.92 |
| 03/13/23 | Check: 20914 | 3910383459 | Coventry Healthcare of La.<br>Dividend paid 11.19% on $57,847.07; Claim# F047; Filed: $0.00; Reference: | 1,293.21 |
| 03/13/23 | Check: 20866 | 3910383459 | Credit Bureau Of The South<br>Dividend paid 11.19% on $896.91; Claim# 36; Filed: $896.91; Reference: | 20.05 |
| 03/13/23 | Check: 20915 | 3910383459 | Cross Sales & Engineering Company<br>Dividend paid 11.19% on $2,210.00; Claim# F048; Filed: $0.00; Reference: | 49.41 |
| 03/13/23 | Check: 20916 | 3910383459 | Crystal Spring Ice Company<br>Dividend paid 11.18% on $191.60; Claim# F049; Filed: $0.00; Reference: | 4.28 |
| 03/13/23 | Check: 20917 | 3910383459 | Custom Controls Company<br>Dividend paid 11.19% on $4,397.17; Claim# F050; Filed: $0.00; Reference: | 98.30 |

# Annual Receipts and Disbursements

Case: MB Industries, LLC (14-12416)                                    Submitted: 03/13/23
Trustee: Seth Moyers (380456)                                          Period: 03/15/22 - 03/14/23

## 4000 General Unsecured

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---|
| 03/13/23 | Check: 20918 | 3910383459 | D.C. Dyna, Inc. Dynamo Delivery<br>Dividend paid 11.19% on $6,690.00; Claim# F051; Filed: $0.00; Reference: | 149.56 |
| 03/13/23 | Check: 20856 | 3910383459 | DACSIS, LLC<br>Dividend paid 11.19% on $419,758.37; Claim# 19; Filed: $419,758.37; Reference: | 9,383.96 |
| 03/13/23 | Check: 20871 | 3910383459 | Daily Equipment Company, Inc.<br>Dividend paid 11.19% on $52,115.30; Claim# 50; Filed: $52,115.30; Reference: | 1,165.07 |
| 03/13/23 | Check: 20919 | 3910383459 | Damon Tippens<br>Dividend paid 11.19% on $146.61; Claim# F054; Filed: $0.00; Reference: | 3.28 |
| 03/13/23 | Check: 20920 | 3910383459 | Darnell, Sikes, Gardes & Frederick<br>Dividend paid 11.19% on $42,387.00; Claim# F055; Filed: $0.00; Reference: | 947.59 |
| 03/13/23 | Check: 20864 | 3910383459 | David Bostick<br>Dividend paid 11.19% on $88,383.00; Claim# 32U; Filed: $121,665.09; Reference: | 1,975.86 |
| 03/13/23 | Check: 20877 | 3910383459 | David M. Dooley, Sr.<br>Dividend paid 11.19% on $14,000.00; Claim# 69; Filed: $14,000.00; Reference: | 312.98 |
| 03/13/23 | Check: 20862 | 3910383459 | Davis & Davis Law Firm, LLC<br>Dividend paid 11.19% on $24,500.00; Claim# 26; Filed: $24,500.00; Reference: | 547.72 |
| 03/13/23 | Check: 20921 | 3910383459 | Daymond Moore<br>Dividend paid 11.19% on $153.33; Claim# F059; Filed: $0.00; Reference: | 3.42 |
| 03/13/23 | Check: 20922 | 3910383459 | Deano Hardwoods<br>Dividend paid 11.19% on $2,221.75; Claim# F060; Filed: $0.00; Reference: | 49.67 |
| 03/13/23 | Check: 20923 | 3910383459 | Deep South Equipment<br>Dividend paid 11.19% on $43,454.14; Claim# F061; Filed: $0.00; Reference: | 971.44 |
| 03/13/23 | Check: 20924 | 3910383459 | DET Norske Veritas<br>Dividend paid 11.19% on $5,647.79; Claim# F062; Filed: $0.00; Reference: | 126.26 |
| 03/13/23 | Check: 20925 | 3910383459 | Detcon<br>Dividend paid 11.19% on $10,811.63; Claim# F063; Filed: $0.00; Reference: | 241.70 |
| 03/13/23 | Check: 20926 | 3910383459 | Diffusion Components, Inc.<br>Dividend paid 11.19% on $3,283.25; Claim# F064; Filed: $0.00; Reference: | 73.40 |
| 03/13/23 | Check: 20927 | 3910383459 | Digitech Office Machines<br>Dividend paid 11.19% on $1,013.70; Claim# F065; Filed: $0.00; Reference: | 22.67 |
| 03/13/23 | Check: 20928 | 3910383459 | Distribution International<br>Dividend paid 11.19% on $45,830.90; Claim# F066; Filed: $0.00; Reference: | 1,024.58 |
| 03/13/23 | Check: 20929 | 3910383459 | Dixie Paper Co., Inc. | 32.54 |

# Annual Receipts and Disbursements

Case: MB Industries, LLC (14-12416)                                              Submitted: 03/13/23
Trustee: Seth Moyers (380456)                                                     Period: 03/15/22 - 03/14/23

## 4000 General Unsecured

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---:|
| 03/13/23 | Check: 20930 | 3910383459 | Donald E. Meek<br>Dividend paid 11.19% on $1,455.37; Claim# F067; Filed: $0.00; Reference: | 4.65 |
| 03/13/23 | Check: 20931 | 3910383459 | ELFS-Expedited Logistics And Freight Services Ltd.<br>Dividend paid 11.19% on $208.22; Claim# F068; Filed: $0.00; Reference: | 51.88 |
| 03/13/23 | Check: 20873 | 3910383459 | Exxon Mobil Corporation<br>Dividend paid 11.19% on $2,320.39; Claim# F070; Filed: $0.00; Reference: | 1,616.82 |
| 03/13/23 | Check: 20874 | 3910383459 | Fastenal Company<br>Dividend paid 11.19% on $72,322.73; Claim# 61; Filed: $64,823.00; Reference: | 1,061.80 |
| 03/13/23 | Check: 20861 | 3910383459 | FedEx Tech Connect Inc as Assignee<br>Dividend paid 11.19% on $47,495.92; Claim# 65; Filed: $47,495.92; Reference: | 78.54 |
| 03/13/23 | Check: 20858 | 3910383459 | FRANCHISE TAX BOARD<br>Dividend paid 11.19% on $3,513.30; Claim# 25; Filed: $3,513.30; Reference: | 166.84 |
| 03/13/23 | Check: 20844 | 3910383459 | GECITS<br>Dividend paid 11.19% on $7,462.84; Claim# 22U; Filed: $7,462.84; Reference: | 572.78 |
| 03/13/23 | Check: 20932 | 3910383459 | Global Vendorlink, LLC DBA Materialink<br>Dividend paid 11.19% on $25,621.57; Claim# 3; Filed: $25,621.57; Reference: | 0.67 |
| 03/13/23 | Check: 20933 | 3910383459 | Gossen Ware Gossen, LLC<br>Dividend paid 11.20% on $30.00; Claim# F076; Filed: $0.00; Reference: | 223.56 |
| 03/13/23 | Check: 20934 | 3910383459 | Grainger<br>Dividend paid 11.19% on $10,000.00; Claim# F077; Filed: $0.00; Reference: | 150.68 |
| 03/13/23 | Check: 20935 | 3910383459 | Great America Leasing Corp.<br>Dividend paid 11.19% on $6,740.18; Claim# F078; Filed: $0.00; Reference: | 158.84 |
| 03/13/23 | Check: 20936 | 3910383459 | Gulf Publishing Company<br>Dividend paid 11.19% on $7,104.94; Claim# F079; Filed: $0.00; Reference: | 100.67 |
| 03/13/23 | Check: 20937 | 3910383459 | Harrison Paint Co., Inc.<br>Dividend paid 11.19% on $4,502.86; Claim# F080; Filed: $0.00; Reference: | 165.39 |
| 03/13/23 | Check: 20938 | 3910383459 | Heller, Draper, Hayden, Patrick & Horn<br>Dividend paid 11.19% on $7,397.98; Claim# F081; Filed: $0.00; Reference: | 151.32 |
| 03/13/23 | Check: 20939 | 3910383459 | Hollyfrontier Corporation<br>Dividend paid 11.19% on $6,768.75; Claim# F082; Filed: $0.00; Reference: | 41.66 |
| 03/13/23 | Check: 20940 | 3910383459 | Homewood Suites<br>Dividend paid 11.19% on $1,863.25; Claim# F083; Filed: $0.00; Reference:<br>Dividend paid 11.19% on $6,994.92; Claim# F084; Filed: | 156.38 |

# Annual Receipts and Disbursements

**Case:** MB Industries, LLC (14-12416)         **Submitted:** 03/13/23
**Trustee:** Seth Moyers (380456)               **Period:** 03/15/22 - 03/14/23

## 4000 General Unsecured

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---:|
| 03/13/23 | Check: 20941 | 3910383459 | Honey-Do Construction<br>Dividend paid 11.19% on $17,105.27; Claim# F085; Filed: $0.00; Reference: | 382.40 |
| 03/13/23 | Check: 20942 | 3910383459 | Ideal Steel<br>Dividend paid 11.19% on $16,934.39; Claim# F087; Filed: $0.00; Reference: | 378.58 |
| 03/13/23 | Check: 20943 | 3910383459 | Ikon Office Solutions<br>Dividend paid 11.19% on $27,956.33; Claim# F088; Filed: $0.00; Reference: | 624.99 |
| 03/13/23 | Check: 20944 | 3910383459 | Industrial Information Res, Inc.<br>Dividend paid 11.19% on $2,449.64; Claim# F089; Filed: $0.00; Reference: | 54.77 |
| 03/13/23 | Check: 20945 | 3910383459 | Interior Exterior Building Sup.<br>Dividend paid 11.19% on $3,945.18; Claim# F090; Filed: $0.00; Reference: | 88.20 |
| 03/13/23 | Check: 20946 | 3910383459 | International Paint<br>Dividend paid 11.19% on $10,013.13; Claim# F091; Filed: $0.00; Reference: | 223.85 |
| 03/13/23 | Check: 20947 | 3910383459 | Ivey Lumber<br>Dividend paid 11.19% on $13,791.73; Claim# F092; Filed: $0.00; Reference: | 308.33 |
| 03/13/23 | Check: 20948 | 3910383459 | J&J Exterminating Company<br>Dividend paid 11.19% on $789.45; Claim# F093; Filed: $0.00; Reference: | 17.65 |
| 03/13/23 | Check: 20949 | 3910383459 | Jeansonne & Remondet, LLC<br>Dividend paid 11.19% on $5,435.46; Claim# F094; Filed: $0.00; Reference: | 121.51 |
| 03/13/23 | Check: 20950 | 3910383459 | John Hancock Life Insurance Retirement Plan Services<br>Dividend paid 11.19% on $154.00; Claim# F095; Filed: $0.00; Reference: | 3.44 |
| 03/13/23 | Check: 20951 | 3910383459 | Johnny Sheffield, LLC dba John Sheffield Sewer,<br>Dividend paid 11.19% on $46,346.22; Claim# F096; Filed: $0.00; Reference: | 1,036.10 |
| 03/13/23 | Check: 20952 | 3910383459 | Johnson Supply<br>Dividend paid 11.19% on $8,333.79; Claim# F097; Filed: $0.00; Reference: | 186.30 |
| 03/13/23 | Check: 20953 | 3910383459 | Jones, Tete, Fonti & Belfour<br>Dividend paid 11.19% on $8,844.00; Claim# F098; Filed: $0.00; Reference: | 197.71 |
| 03/13/23 | Check: 20954 | 3910383459 | Jones, Walker, LLP<br>Dividend paid 11.19% on $24,593.07; Claim# F099; Filed: $0.00; Reference: | 549.79 |
| 03/13/23 | Check: 20955 | 3910383459 | Kentwood Springs<br>Dividend paid 11.19% on $5,599.42; Claim# F100; Filed: $0.00; Reference: | 125.18 |
| 03/13/23 | Check: 20865 | 3910383459 | Kevin Shehee<br>Dividend paid 11.19% on $80,220.06; Claim# 33U; Filed: $103,423.71; Reference: | 1,793.37 |

# Annual Receipts and Disbursements

Case: **MB Industries, LLC (14-12416)**                        Submitted: 03/13/23
Trustee: **Seth Moyers (380456)**                               Period: 03/15/22 - 03/14/23

## 4000 General Unsecured

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---:|
| 03/13/23 | Check: 20956 | 3910383459 | Kidder, Inc.<br>Dividend paid 11.19% on $5,434.13; Claim# F101; Filed: $0.00; Reference: | 121.48 |
| 03/13/23 | Check: 20869 | 3910383459 | Kloeckner Metals Corporation<br>Dividend paid 11.19% on $57,477.95; Claim# 41; Filed: $57,477.95; Reference: | 1,284.95 |
| 03/13/23 | Check: 20875 | 3910383459 | Kristen Schoonover Erler, Independent Executrix<br>Dividend paid 11.19% on $1,847,388.04; Claim# 67 -2; Filed: $3,847,388.04; Reference: | 41,299.51 |
| 03/13/23 | Check: 20876 | 3910383459 | Kristen Schoonover Erler, Independent Executrix<br>Dividend paid 11.19% on $1,617,294.69; Claim# 68; Filed: $1,617,294.69; Reference: | 36,155.62 |
| 03/13/23 | Check: 20957 | 3910383459 | Lee Inspection Services<br>Dividend paid 11.19% on $900.00; Claim# F104; Filed: $0.00; Reference: | 20.12 |
| 03/13/23 | Check: 20958 | 3910383459 | Liberation Management, LLC DBA All Road<br>Dividend paid 11.19% on $2,656.22; Claim# F105; Filed: $0.00; Reference: | 59.38 |
| 03/13/23 | Check: 20959 | 3910383459 | Lista International Corp.<br>Dividend paid 11.19% on $33,008.82; Claim# F107; Filed: $0.00; Reference: | 737.93 |
| 03/13/23 | Check: 20960 | 3910383459 | Locke Lord Bissell & Liddell<br>Dividend paid 11.19% on $12,696.35; Claim# F108; Filed: $0.00; Reference: | 283.83 |
| 03/13/23 | Check: 20961 | 3910383459 | Lott Oil Company, Inc. c/o Steven D. Crews L.L.C.<br>Dividend paid 11.19% on $3,985.21; Claim# F109; Filed: $0.00; Reference: | 89.10 |
| 03/13/23 | Check: 20962 | 3910383459 | LUS Fiber<br>Dividend paid 11.19% on $209.95; Claim# F112; Filed: $0.00; Reference: | 4.70 |
| 03/13/23 | Check: 20963 | 3910383459 | Manpower<br>Dividend paid 11.19% on $3,128.69; Claim# F113; Filed: $0.00; Reference: | 69.94 |
| 03/13/23 | Check: 20846 | 3910383459 | Meadwestvaco Corporation<br>Dividend paid 11.19% on $1,728.52; Claim# 8; Filed: $1,728.52; Reference: | 38.64 |
| 03/13/23 | Check: 20964 | 3910383459 | Metropolitan Life Insurance<br>Dividend paid 11.19% on $10,292.45; Claim# F117; Filed: $0.00; Reference: | 230.09 |
| 03/13/23 | Check: 20859 | 3910383459 | Mid-South Fire Solutions<br>Dividend paid 11.19% on $4,040.00; Claim# 23; Filed: $4,040.00; Reference: | 90.32 |
| 03/13/23 | Check: 20965 | 3910383459 | Montgomery Agency, Inc.<br>Dividend paid 11.19% on $12,000.00; Claim# F121; Filed: $0.00; Reference: | 268.27 |
| 03/13/23 | Check: 20966 | 3910383459 | MSA The Safety Company<br>Dividend paid 11.19% on $415.06; Claim# F122; Filed: $0.00; Reference: | 9.28 |
| 03/13/23 | Check: 20967 | 3910383459 | Nimlok | 106.77 |

# Annual Receipts and Disbursements

Case: **MB Industries, LLC (14-12416)**  Submitted: 03/13/23
Trustee: Seth Moyers (380456)  Period: 03/15/22 - 03/14/23

## 4000 General Unsecured

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---|
| 03/13/23 | Check: 20968 | 3910383459 | Nudo Products — Dividend paid 11.19% on $4,776.00; Claim# F123; Filed: $0.00; Reference: | 383.65 |
| 03/13/23 | Check: 20845 | 3910383459 | Panel Specialists, Inc. — Dividend paid 11.19% on $17,160.94; Claim# F125; Filed: $0.00; Reference: | 826.21 |
| 03/13/23 | Check: 20860 | 3910383459 | Paul Berard — Dividend paid 11.19% on $36,958.12; Claim# 7; Filed: $36,958.12; Reference: | 2,921.79 |
| 03/13/23 | Check: 20969 | 3910383459 | Phillips 66 - Wilmington — Dividend paid 11.19% on $130,695.90; Claim# 24U; Filed: $144,712.61; Reference: | 45.51 |
| 03/13/23 | Check: 20970 | 3910383459 | Pitney Bowes — Dividend paid 11.19% on $2,035.88; Claim# F127; Filed: $0.00; Reference: | 13.42 |
| 03/13/23 | Check: 20878 | 3910383459 | Pitney Bowes Global Financial Services LLC — Dividend paid 11.19% on $600.43; Claim# F128; Filed: $0.00; Reference: | 26.41 |
| 03/13/23 | Check: 20971 | 3910383459 | Plumbing Warehouse LCR-SHR — Dividend paid 11.19% on $1,181.24; Claim# 71; Filed: $1,181.24; Reference: | 139.42 |
| 03/13/23 | Check: 20972 | 3910383459 | Pro Delivery Logistics — Dividend paid 11.19% on $6,236.50; Claim# F130; Filed: $0.00; Reference: | 12.86 |
| 03/13/23 | Check: 20848 | 3910383459 | Progressive Engineering,Inc. — Dividend paid 11.19% on $575.00; Claim# F131; Filed: $0.00; Reference: | 631.08 |
| 03/13/23 | Check: 20973 | 3910383459 | Progressive Gifts & Incentives — Dividend paid 11.19% on $28,228.87; Claim# 10; Filed: $28,228.87; Reference: | 5.14 |
| 03/13/23 | Check: 20974 | 3910383459 | Quality Metal Works — Dividend paid 11.19% on $230.00; Claim# F133; Filed: $0.00; Reference: | 59.67 |
| 03/13/23 | Check: 20975 | 3910383459 | R. W. Little & Associates — Dividend paid 11.19% on $2,668.98; Claim# F134; Filed: $0.00; Reference: | 61.03 |
| 03/13/23 | Check: 20976 | 3910383459 | RB Group — Dividend paid 11.19% on $2,730.00; Claim# F137; Filed: $0.00; Reference: | 1,721.38 |
| 03/13/23 | Check: 20977 | 3910383459 | Red Ball Oxygen — Dividend paid 11.19% on $77,000.00; Claim# F138; Filed: $0.00; Reference: | 453.52 |
| 03/13/23 | Check: 20978 | 3910383459 | Red River Supply, Inc. — Dividend paid 11.19% on $20,286.96; Claim# F140; Filed: $0.00; Reference: | 85.22 |
| 03/13/23 | Check: 20979 | 3910383459 | Regal Plastics — Dividend paid 11.19% on $3,812.03; Claim# F141; Filed: $0.00; Reference: | 9.00 |

Dividend paid 11.19% on $402.80; Claim# F142; Filed: $0.00;

# Annual Receipts and Disbursements

Case:   MB Industries, LLC (14-12416)                              Submitted: 03/13/23
Trustee: Seth Moyers (380456)                                      Period: 03/15/22 - 03/14/23

## 4000  General Unsecured

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---:|
| 03/13/23 | Check: 20980 | 3910383459 | Reily Electrical Supply c/o Wesco Distribution, Inc. Dividend paid 11.19% on $18,673.07; Claim# F143; Filed: $0.00; Reference: | 417.44 |
| 03/13/23 | Check: 20981 | 3910383459 | Renfrow Supply, LLC Dividend paid 11.19% on $6,065.89; Claim# F144; Filed: $0.00; Reference: | 135.61 |
| 03/13/23 | Check: 20885 | 3910383459 | Republic Services Dividend paid 11.19% on $12,788.25; Claim# F007; Filed: $0.00; Reference: 3-0975-0000655 | 285.89 |
| 03/13/23 | Check: 20982 | 3910383459 | Richard Construction Dividend paid 11.19% on $20,720.15; Claim# F145; Filed: $0.00; Reference: | 463.22 |
| 03/13/23 | Check: 20983 | 3910383459 | Ryerson Tull Inc. Dividend paid 11.19% on $24,625.29; Claim# F146; Filed: $0.00; Reference: | 550.51 |
| 03/13/23 | Check: 20984 | 3910383459 | Sabic Polymershapes Dividend paid 11.18% on $6.71; Claim# F147; Filed: $0.00; Reference: | 0.15 |
| 03/13/23 | Check: 20985 | 3910383459 | Safe Air Technology Dividend paid 11.19% on $247.87; Claim# F148; Filed: $0.00; Reference: | 5.54 |
| 03/13/23 | Check: 20986 | 3910383459 | Shaffer's Auto & Diesel Repair Dividend paid 11.19% on $2,264.31; Claim# F150; Filed: $0.00; Reference: | 50.62 |
| 03/13/23 | Check: 20870 | 3910383459 | Snelling Employment LLC dba Snelling Emp Dividend paid 11.19% on $132,049.07; Claim# 46; Filed: $132,049.07; Reference: | 2,952.04 |
| 03/13/23 | Check: 20987 | 3910383459 | Southland Plumbing Supply, LLC Dividend paid 11.19% on $5,783.35; Claim# F152; Filed: $0.00; Reference: | 129.29 |
| 03/13/23 | Check: 20988 | 3910383459 | Specific Systems Dividend paid 11.19% on $8,849.59; Claim# F153; Filed: $0.00; Reference: | 197.84 |
| 03/13/23 | Check: 20857 | 3910383459 | St. Paul Park Refining Co. LLC Dividend paid 11.19% on $75,676.10; Claim# 20; Filed: $75,676.10; Reference: | 1,691.79 |
| 03/13/23 | Check: 20989 | 3910383459 | Staples, Inc. Dividend paid 11.19% on $1,676.16; Claim# F154; Filed: $0.00; Reference: | 37.48 |
| 03/13/23 | Check: 20990 | 3910383459 | State of Louisiana - DEQ Dividend paid 11.19% on $1,310.10; Claim# F155; Filed: $0.00; Reference: | 29.28 |
| 03/13/23 | Check: 20991 | 3910383459 | Stinson Leonard Street Dividend paid 11.19% on $11,016.07; Claim# F156; Filed: $0.00; Reference: | 246.28 |
| 03/13/23 | Check: 20855 | 3910383459 | Stuart C. Irby Company Dividend paid 11.19% on $116,573.02; Claim# 18; Filed: $116,573.02; Reference: | 2,606.06 |

# Annual Receipts and Disbursements

Case:     MB Industries, LLC (14-12416)                            Submitted: 03/13/23
Trustee: Seth Moyers (380456)                                      Period: 03/15/22 - 03/14/23

## 4000  General Unsecured

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---:|
| 03/13/23 | Check: 20992 | 3910383459 | Superior Marketing Solutions<br>Dividend paid 11.19% on $3,865.28; Claim# F158; Filed: $0.00; Reference: | 86.41 |
| 03/13/23 | Check: 20853 | 3910383459 | Synchrony Bank<br>Dividend paid 11.19% on $6,928.77; Claim# 16 -2; Filed: $6,928.77; Reference: | 154.90 |
| 03/13/23 | Check: 20868 | 3910383459 | Tamy David-Watt<br>Dividend paid 11.19% on $3,363.08; Claim# 40; Filed: $3,363.08; Reference: | 75.19 |
| 03/13/23 | Check: 20993 | 3910383459 | Techstreet<br>Dividend paid 11.19% on $1,167.52; Claim# F161; Filed: $0.00; Reference: | 26.10 |
| 03/13/23 | Check: 20994 | 3910383459 | The Birdwell Company<br>Dividend paid 11.19% on $6,500.00; Claim# F163; Filed: $0.00; Reference: | 145.31 |
| 03/13/23 | Check: 20995 | 3910383459 | The Conference Group Accounts Receivable<br>Dividend paid 11.19% on $77.23; Claim# F165; Filed: $0.00; Reference: | 1.73 |
| 03/13/23 | Check: 20842 | 3910383459 | The Mills Company<br>Dividend paid 11.19% on $1,858.61; Claim# 1; Filed: $1,858.61; Reference: | 41.54 |
| 03/13/23 | Check: 20996 | 3910383459 | Thermion, LLC<br>Dividend paid 11.19% on $20,385.48; Claim# F166; Filed: $0.00; Reference: | 455.73 |
| 03/13/23 | Check: 20997 | 3910383459 | Thomson Scientific<br>Dividend paid 11.19% on $3,798.81; Claim# F167; Filed: $0.00; Reference: | 84.92 |
| 03/13/23 | Check: 20998 | 3910383459 | Thomson West Reuters<br>Dividend paid 11.19% on $9,105.70; Claim# F168; Filed: $0.00; Reference: | 203.57 |
| 03/13/23 | Check: 20999 | 3910383459 | Tigerdirect.com<br>Dividend paid 11.19% on $365.81; Claim# F169; Filed: $0.00; Reference: | 8.17 |
| 03/13/23 | Check: 21000 | 3910383459 | Total Safety<br>Dividend paid 11.19% on $20,360.66; Claim# F170; Filed: $0.00; Reference: | 455.18 |
| 03/13/23 | Check: 21001 | 3910383459 | Trimble Navigation Limited<br>Dividend paid 11.19% on $2,098.25; Claim# F171; Filed: $0.00; Reference: | 46.91 |
| 03/13/23 | Check: 21002 | 3910383459 | Tuskaloosa Hospitality, LLC Holiday Inn Express of<br>Dividend paid 11.19% on $1,038.45; Claim# F172; Filed: $0.00; Reference: | 23.21 |
| 03/13/23 | Check: 21003 | 3910383459 | Uline<br>Dividend paid 11.19% on $952.32; Claim# F173; Filed: $0.00; Reference: | 21.29 |
| 03/13/23 | Check: 21004 | 3910383459 | United Rentals of North America<br>Dividend paid 11.19% on $34,089.86; Claim# F174; Filed: $0.00; Reference: | 762.10 |
| 03/13/23 | Check: 21005 | 3910383459 | Universal Truck Load Services, Inc. | 2,087.38 |

# Annual Receipts and Disbursements

**Case:** MB Industries, LLC (14-12416)  **Submitted:** 03/13/23
**Trustee:** Seth Moyers (380456)  **Period:** 03/15/22 - 03/14/23

### 4000  General Unsecured

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---|
| 03/13/23 | Check: 21006 | 3910383459 | Dividend paid 11.19% on $93,371.63; Claim# F177; Filed: $0.00; Reference:<br>VCC Janitorial Supply, Inc. | 44.47 |
| 03/13/23 | Check: 21007 | 3910383459 | Dividend paid 11.19% on $1,989.20; Claim# F178; Filed: $0.00; Reference:<br>Verizon Wireless Bankruptcy Administration | 92.88 |
| 03/13/23 | Check: 20867 | 3910383459 | Dividend paid 11.19% on $4,154.85; Claim# F179; Filed: $0.00; Reference:<br>VWR International, LLC | 774.98 |
| 03/13/23 | Check: 21008 | 3910383459 | Dividend paid 11.19% on $34,666.26; Claim# 37; Filed: $34,666.26; Reference:<br>WalMart Store, Inc. Bank of America | 24.58 |
| 03/13/23 | Check: 20849 | 3910383459 | Dividend paid 11.19% on $1,099.67; Claim# F182; Filed: $0.00; Reference:<br>Windstream | 30.23 |
| 03/13/23 | Check: 20872 | 3910383459 | Dividend paid 11.19% on $1,352.18; Claim# 12; Filed: $1,352.18; Reference:<br>Wismar LLC | 123.58 |
| 03/13/23 | Check: 21009 | 3910383459 | Dividend paid 11.19% on $5,527.88; Claim# 53; Filed: $5,527.88; Reference:<br>WorkKare of Willis Knighton | 63.31 |
| 03/13/23 | Check: 20847 | 3910383459 | Dividend paid 11.19% on $2,832.00; Claim# F185; Filed: $0.00; Reference:<br>WW Grainger, Inc | 5.69 |
| 03/13/23 | Check: 21010 | 3910383459 | Dividend paid 11.19% on $254.18; Claim# 9; Filed: $5,792.38; Reference:<br>Zamil Coolcare | 75.12 |
| 03/13/23 | Check: 21011 | 3910383459 | Dividend paid 11.19% on $3,360.04; Claim# F186; Filed: $0.00; Reference:<br>Zimmerman, Inc. | 1,281.09 |
| | | | Dividend paid 11.19% on $57,305.00; Claim# F187; Filed: $0.00; Reference: | |
| | | | **Total for 4000  General Unsecured** | **140,000.00** |

### 6000  Other Secured Claims

| Date | Check | Ref | Payee | Amount |
|---|---|---|---|---|
| 02/01/23 | Check: 20841 | 3910383459 | Hallwood Financial Limited | 608,000.00 |

### 6001-000  US Trustee Fees

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---|
| 05/11/22 | Check: 20835 | 3910383459 | U.S. Trustee Payment Center<br>U.S. Trustee Fees | 0.90 |
| 10/07/22 | Check: 20838 | 3910383459 | U.S. Trustee Payment Center<br>U.S. Trustee Fees for Third Quarter, 2022 | 250.00 |
| 01/11/23 | Check: 20840 | 3910383459 | United States Trustee Payment Center<br>U.S. Trustee Fees - Fourth Quarter, 2022 | 250.00 |
| 04/08/22 | Check: 20833 | 3910383459 | United States Trustee Payment Center<br>U.S. Trustee Quarterly Fees for First Quarter, 2022 | 3,114.10 |
| 07/12/22 | Check: 20836 | 3910383459 | US Trustee Payment Center<br>Quarterly Fees for Second Quarter, 2022 and Past Due Amount | 251.26 |
| | | | **Total for 6001-000  US Trustee Fees** | **3,866.26** |

# Annual Receipts and Disbursements

Case:    MB Industries, LLC (14-12416)                                    Submitted: 03/13/23
Trustee: Seth Moyers (380456)                                             Period: 03/15/22 - 03/14/23

## 6001-000  US Trustee Fees

## 6007-000  Professional Fees & Expenses

### 6007-001  Attorney for Trustee Fees

| Date | Ref | Account | Description | Amount |
|---|---|---|---|---:|
| 08/17/22 | Disb. Memo: 20837 | 3910383459 | Wiener, Weiss & Madison, APC<br>Attorneys Fees - Invoice No. 237724<br>Check amount is 3,347.21 | 3,333.00 |
| 04/08/22 | Disb. Memo: 20832 | 3910383459 | Wiener, Weiss & Madison, APC<br>Invoice No. 234389, Attorney's Fees and Expenses through March 31, 2022<br>Check amount is 7,005.56 | 6,996.00 |
| 12/30/22 | Disb. Memo: 20839 | 3910383459 | Wiener, Weiss & Madison, P.C.<br>Attorneys' Fees and Expenses through November 30, 2022<br>Check amount is 1,985.82 | 1,518.00 |
| | | | **Subtotal for 6007-001  Attorney for Trustee Fees** | **11,847.00** |

### 6007-002  Attorney for Trustee Expenses

| Date | Ref | Account | Description | Amount |
|---|---|---|---|---:|
| 08/17/22 | Disb. Memo: 20837 | 3910383459 | Wiener, Weiss & Madison, APC<br>Attorneys Fees - Invoice No. 237724<br>Check amount is 3,347.21 | 14.21 |
| 04/08/22 | Disb. Memo: 20832 | 3910383459 | Wiener, Weiss & Madison, APC<br>Invoice No. 234389, Attorney's Fees and Expenses through March 31, 2022<br>Check amount is 7,005.56 | 9.56 |
| 12/30/22 | Disb. Memo: 20839 | 3910383459 | Wiener, Weiss & Madison, P.C.<br>Attorneys' Fees and Expenses through November 30, 2022<br>Check amount is 1,985.82 | 467.82 |
| | | | **Subtotal for 6007-002  Attorney for Trustee Expenses** | **491.59** |

### 6007-003  Accountant for Trustee Fees

| Date | Ref | Account | Description | Amount |
|---|---|---|---|---:|
| 05/09/22 | Check: 20834 | 3910383459 | Darnall, Sikes & Frederick<br>CPA Fees for Tax Preparation - Invoice No. 75113 | 3,500.00 |
| | | | **Total for 6007-000  Professional Fees & Expenses** | **15,838.59** |

## 8080-000  Bank and Technology Services Fees

| Date | Ref | Account | Description | Amount |
|---|---|---|---|---:|
| 09/30/22 | Disb. Adj.: 2 | 3910383459 | Bank and Technology Services Fee<br>Bank and Technology Services Fee | 35.00 |
| 10/31/22 | Disb. Adj.: 3 | 3910383459 | Bank and Technology Services Fee<br>Bank and Technology Services Fee | 35.00 |
| 11/30/22 | Disb. Adj.: 4 | 3910383459 | Bank and Technology Services Fee<br>Bank and Technology Services Fee | 35.00 |
| 12/30/22 | Disb. Adj.: 5 | 3910383459 | Bank and Technology Services Fee<br>Bank and Technology Services Fee | 35.00 |
| 02/28/23 | Disb. Adj.: 6 | 3910383459 | Bank and Technology Services Fee<br>Bank and Technology Services Fee | 400.00 |
| | | | **Total for 8080-000  Bank and Technology Services Fees** | **540.00** |
| | | | **Total Disbursements** | **768,244.85** |